JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND FAHEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STRATUS VIDEO, LLC, a Delaware limited liability company; CSDVRS, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: CV 17-7781-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [30]** |

Pursuant to the parties' stipulation, the above-captioned action is hereby DISMISSED WITH PREJUDICE as against Defendants Stratus Video, LLC and CSDVRS, LLC in its entirety. All scheduled dates and deadlines are VACATED.

DATED: November 20, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE